1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GABRIEL STOIAN,

11              Petitioner,                    No. CIV S-10-3296 GEB EFB P

12        vs.

13   MICHAEL MARTEL,

14              Respondent.              ORDER TO SHOW CAUSE

15   _____/

16        Petitioner is a state prisoner proceeding with counsel with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On February 14, 2011, respondent filed a motion to

18   dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:

19   "Failure of the responding party to file written opposition or to file a statement of no opposition

20   may be deemed a waiver of any opposition to the granting of the motion . . . ."  Accordingly, IT

21   IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's

22   February 14, 2011 motion to dismiss should not be granted.  The hearing on respondent's motion

23   to dismiss, currently set for May 4, 2011, is vacated.

24   DATED:   April 12, 2011.

25

26                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE