IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL STOIAN,

    Petitioner,                   No. CIV S-10-3296 GEB EFB P

    vs.

MICHAEL MARTEL,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested a second extension of time to file and serve a reply to petitioner's response to the court's April 13, 2011 order to show cause. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's June 22, 2011 motion is granted and respondent shall file and serve his reply on or before June 29, 2011. The court does not intend to grant additional requests for extensions of time.

DATED: June 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE