**Mark McBride, SBN 226684 (*Of Counsel* to the Firm)**
**THE KAVINOKY LAW FIRM**
**16255 Ventura Boulevard, Ste. 200**
**Encino, CA  91436**
**818 346 4646**
**818 346 4660 fax**
**mcbridelaw@gmail.com**

**Attorneys for Petitioner GABRIEL STOIAN**

### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriel Stoian,<br><br>Petitioner,<br><br>v.<br><br>Michael Martel, Warden (CDCR-Ione),<br><br>Respondent. | CASE NO.:  CIV S-10-3296 GEB EFB P<br><br>ORDER ON PETITIONER'S MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF PETITIONER'S REQUEST FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |

NOW HAVING BEEN SHOWN GOOD CAUSE THEREFOR, the Court grants Petitioner's motion to reconsider this Court's previous order denying Petitioner leave of the Court to proceed, on appeal, *in forma pauperis*.  Accordingly, and pursuant to Federal Rules of Appellate Procedure 24(a)(1), Petitioner shall be allowed to prosecute his Certificate of Appealability in the Ninth Circuit *in forma pauperis*.

IT IS SO ORDERED this 12th day of January , 2012.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE